IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERRY LEON CLEMMONS

        Petitioner,   :     Case No. 3:11-cv-212

- vs -   :     District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

WARDEN, LONDON CORRECTIONAL  :
INSTITUTION,

        Respondent.   :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

July 18, 2011.

                                                        Walter Herbert Rice
                                                        United States District Judge